UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DARIUS MCCALL,<br><br>               Plaintiff,<br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,<br>               Defendants. | Case No. 2:18-cv-01319-APG-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' Proposed Discovery Plan and Scheduling Order (ECF No. 15), filed on August 16, 2018. The parties request a 300 day discovery plan. The Court finds that Plaintiff has failed to provide sufficient facts to support the proposed 300 day discovery plan and, therefore, denies the proposed discovery plan and scheduling order without prejudice. Accordingly,

**IT IS HEREBY ORDERED** that the parties' Proposed Discovery Plan and Scheduling Order (ECF No. 15) is **denied**, without prejudice.

**IT IS FURTHER ORDERED** that the parties shall file a proposed discovery plan and scheduling order no later than **August 31, 2018**.

Dated this 20th day of August, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1