1  LYSSA S. ANDERSON
   Nevada Bar No. 5781
2  RYAN W. DANIELS
   Nevada Bar No. 13094
3  KAEMPFER CROWELL
   1980 Festival Plaza Drive, Suite 650
4  Las Vegas, Nevada  89135
   Telephone:  (702) 792-7000
5  Fax:         (702) 796-7181
   landerson@kcnvlaw.com
6  rdaniels@kcnvlaw.com

7  *Attorneys for Defendants*
   *Las Vegas Metropolitan Police Department*
8  *Jeremy Jacobitz, Brianna Muenzenmeyer,*
   *Colton Hafen and George Ramirez-Marillo*

9
                    **UNITED STATES DISTRICT COURT**
10
                         **DISTRICT OF NEVADA**
11

12  DARIUS McCALL,                      | CASE NO.: 2:18-cv-01319-APG-GWF

                Plaintiff,

13  vs.

14  LAS VEGAS METROPOLITAN POLICE       | **STIPULATION AND ORDER TO**
    DEPARTMENT; JEREMY JACOBITZ;        | **EXTEND DEADLINE TO SUBMIT**
15  BRIANNA MUENZENMEYER; DROCK         | **JOINT PRE-TRIAL**
    GAMING, LLC d/b/a THE D; RAYMOND
16  THOMPSON; COLTON HAFEN; and         | **(First Request)**
    GEORGE RAMIREZ-MARILLO,
17
                Defendants.
18

19      The above-referenced parties, by and through their counsel of record, hereby request that

20  the current deadline for the parties to submit a Joint Pre-Trial Order, April 22, 2020, be extended

21  for an additional thirty (30) days up to May 22, 2020 due to the current worldwide pandemic and

22  restrictions relating to same.

23  / / /

24  / / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

2536734_1.doc  6943.155

1    On March 23, 2020 this Court entered an Order ruling on the pending Motions for

2  Summary Judgment filed by the parties.  [ECF No. 71].  Pursuant to LR 26-1b(5) the Joint Pre-

3  Trial Order is due on or before April 22, 2020.

4    As this Court is aware on March 12, 2020, Nevada Governor Steve Sisolak declared a

5  State of Emergency which made certain restrictions related to social distancing and "stay at

6  home" orders.  *See*  http://gov.nv.gov/News/Emergency_Orders/Emergency_Orders/.    Since

7  March 12, 2020 restrictions have tightened and have been extended until April 30, 2020.  Due to

8  the Order of Governor Sisolak and the current pandemic, some Counsel and their support staff

9  are working remotely which creates difficulty in accessing information necessary to prepare the

10  Joint Pre-Trial Order.  As such the parties jointly request that the current deadline to file the Joint

11  Pre-Trial Order be extended for an additional thirty (30) days or until May 22, 2020.

12    DATED this 15th day of April, 2020.

13  KAEMPFER CROWELL                              NERSESIAN & SANKIEWICZ

14

15  By:  /s/ Lyssa S. Anderson                         By:  /s/ Robert A. Nersesian
      Lyssa S. Anderson                                 Robert A. Nersesian
16    Ryan W. Daniels                                    Thea Marie Sankiewicz
      1980 Festival Plaza Drive, #650                    528 South Eighth Street
17    Las Vegas, Nevada 89135                            Las Vegas, Nevada89101
      ***Attorneys for Defendants***                    ***Attorneys for Plaintiff***
18    ***Las Vegas Metropolitan Police***
      ***Department, Jeremy Jacobitz, Brianna***
19    ***Muenzenmeyer, Colton Hafen and***
      ***George Ramirez-Marillo***

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

**KAEMPFER CROWELL**
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

2536734_1.doc  6943.155

1    BRANDON SMERBER LAW FIRM

2

3    By:_____/s/ Lew Brandon, Jr._____
         Lew Brandon, Jr.
4        Justin W. Smerber
         139 E. Warm Springs Rd.
5        Las Vegas, Nevada 89119
         *Attorneys for Defendants*
6        *Drock Gaming, LLC d/b/a The D*
         *and Raymond Thompson*

7

8                                                    **ORDER**

9        IT IS SO ORDERED.

10

11                                              _____
                                                 UNITED STATES MAGISTRATE JUDGE
12
                                                 Dated:   April 16, 2020
13                                                       _____

14

15

16

17

18

19

20

21

22

23

24

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2536734_1.doc  6943.155