# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DARIUS MCCALL, | Case No.: 2:18-cv-01319-APG-GWF |
| Plaintiff | **Order Staying Case** |
| v. | [ECF No. 77] |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | |
| Defendants | |

Defendants Jeremy Jacobitz, Brianna Muenzenmeyer, Colton Hafen, and George Ramirez-Marillo (collectively the LVMPD Officers) filed an interlocutory appeal of my denial of qualified immunity. They now move for an order staying this case until the Ninth Circuit resolves the appeal. The plaintiff filed no opposition. "The failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion." Local Rule 7-2(d). The motion is supported by good cause. I therefore grant the motion to stay.

I ORDER that the motion to stay **(ECF No. 77) is granted.** This case is stayed pending a decision from the Ninth Circuit on the interlocutory appeal. The parties shall file a notice of that court's decision within 14 days of entry of the decision.

DATED this 22nd day of May, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE