**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DARIUS MCCALL, | Case No.: 2:18-cv-01319-APG-EJY |
| Plaintiff | **Order Granting Motion for Good Faith Settlement** |
| v. | [ECF No. 83] |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | |
| Defendants | |

Defendant Drock Gaming, LLC moves for a determination that its settlement with plaintiff Darius McCall was made in good faith under Nevada Revised Statute § 17.245. ECF No. 83. No opposition has been filed, so I presume the other parties consent to the granting of the motion. *See* Local Rule 7-2(d). In addition, the motion is supported by the factors set forth in *In re MGM Grand Hotel Fire Litig*., 570 F. Supp. 913, 927 (D. Nev. 1983) ("Factors to be considered by the Court in assessing whether a settlement is in good faith [are] the amount paid in settlement, the allocation of the settlement proceeds among plaintiffs, the insurance policy limits of settling defendants, the financial condition of settling defendants, and the existence of collusion, fraud or tortious conduct aimed to injure the interests of non-settling defendants."). I find the parties reached their settlement in good faith and defendant Drock Gaming, LLC is entitled to the protections of Nevada Revised Statute § 17.245.

I THEREFORE ORDER that the motion for good faith settlement **(ECF NO. 83) is GRANTED**.

DATED this 2nd day of October, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE