Robert A. Nersesian
Nevada Bar No. 2762
Thea Marie Sankiewicz
NevadaBar No. 2788
**NERSESIAN & SANKIEWICZ**
528 South Eighth Street
Las Vegas, Nevada89101
Telephone: 702-385-5454
Facsimile:  702-385-7667
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Darius McCall, | Case No.: 2:18-cv-01319-APG-GWF |
| Plaintiff, | |
| vs. | |
| Las Vegas Metropolitan Police Department, Jeremy Jacobitz, Brianna Muenzenmeyer, Drock Gaming, LLC, d/b/a The D, Raymond Thompson, Colton Hafen, and George Ramirez-Marillo | **STIPULATION AND ORDER FOR PARTIAL DISMISSAL WITH PREJUDICE** |
| Defendants. | |

   NOW COME the parties hereto, and in accord with the ruling on a Motion for Good Faith Settlement, it is hereby stipulated and agreed that Plaintiff's claims against Defendants Drock Gaming, LLC and Raymond Thompson, only, be dismissed with prejudice, the Plaintiff and the parties dismissed herein to bear their own costs and attorney's fees as to said claims. The balance of the action remains pending.

   Dated this       day of January, 2022

**NERSESIAN & SANKIEWICZ**

By: /s/ Robert A. Nersesian_____
    Robert A. Nersesian
    Nev. Bar No. 2762
    528 S. 8th St.
    Las Vegas, NV  89101
    *Attorneys for Plaintiff*

**KAEMPFER CROWELL**

By: /s/ Ryan W. Daniels
    Lyssa S. Anderson, Esq.
    Nevada Bar No. 5781
    Ryan W. Daniels, Esq.
    Nevada Bar No. 13094
    1980 Festival Plaza Drive, Ste. 650
    *Attorneys for Defendants, Las Vegas Metropolitan Police Department, Jeremy Jacobitz, Brianna Muenzenmeyer, Colton Hafen, and George Ramirez-Marillo*

**BRANDON SMERBER LAW FIRM**

By: /s/ Justin W. Smerber
    Justin W. Smerber, Esq.
    Nevada Bar No. 10761
    139 E. Warm Springs Road
    Las Vegas, Nevada 89119
    *Attorneys for Defendants, Drock Gaming, LLC, d/b/a THE D and Raymond Thompson*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: February 17, 2022