# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAKIESHA MCCALL, as Administrator on behalf of DARIUS MCCALL, <br><br> Plaintiff <br><br> v. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., <br><br> Defendants | Case No.: 2:18-cv-01319-APG-EJY <br><br> **Order** |

Based on the defendants' response (ECF No. 106) to my order to show cause (ECF No. 105), I will not enter sanctions against the defendants. The parties are to comply with the other obligations regarding preparation of the pretrial order as set out in my order.

DATED this 11th day of March, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE