# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LAKIESHA MCCALL, as Administrator on behalf of DARIUS MCCALL,

    Plaintiff

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

    Defendants

Case No.: 2:18-cv-01319-APG-EJY

**Order**

Based on the parties' settlement (ECF No. 116), the 9/20/2022 Calendar Call and 9/26/2022 Jury Trial settings are vacated. Calendar call is now set for 11/8/2022 at 9:00 a.m., and the jury trial is now set for the stack beginning on 11/14/2022 at 9:00 a.m. in LV Courtroom 6C before Judge Andrew P. Gordon. If dismissal papers have been lodged with the Court, the calendar call and trial setting will be vacated.

DATED this 1st day of September, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE