LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone:  (702) 792-7000
Fax:            (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department*
*Jeremy Jacobitz, Brianna Muenzenmeyer,*
*Colton Hafen and George Ramirez-Marillo*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DARIUS McCALL,<br><br>              Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JEREMY JACOBITZ; BRIANNA MUENZENMEYER; DROCK GAMING, LLC d/b/a THE D; RAYMOND THOMPSON; COLTON HAFEN; and GEORGE RAMIREZ-MARILLO,<br><br>              Defendants. | CASE NO.:   2:18-CV-01319-APG-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendants Las Vegas Metropolitan Police Department, Jeremy Jacobitz, Brianna Munzenmeyer, Colton Hafen and George Ramirez-Marillo ("LVMPD Defendants"), and Lakeisha McCall, as special administrator of the estate of Darius McCall ("Plaintiff"), by and through their respective

counsel, that all of Plaintiff's claims are hereby dismissed against all LVMPD Defendants, with prejudice, with each party to bear their own attorney fees and costs.

DATED this 16th day of March, 2023.

NERSESIAN & SANKIEWICZ

By: /s/ 
ROBERT A. NERSESIAN
(Nevada Bar No. 2762)
THEA MARIE SANKIEWICZ
(Nevada Bar No. 2788)
528 S. Eighth Street
Las Vegas, Nevada 89118

*Attorneys for Plaintiff*

DATED this 17th day of March, 2023.

KAEMPFER CROWELL

By: /s/ Ryan W. Daniels
LYSSA S. ANDERSON
(Nevada Bar No. 5781)
RYAN W. DANIELS
(Nevada Bar No. 13094)
1980 Festival Plaza Drive, Ste. 650
Las Vegas, Nevada 89135

*Attorneys for Defendants
Metropolitan Police Department
Jeremy Jacobitz, Brianna
Muenzenmeyer, Colton Hafen
and George Ramirez-Marillo*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: March 21, 2023